PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Elizabeth Ann Kingsley-Young**

**Docket No. 0:01CR00222-001(RHK)**

**Petition on Supervised Release**

COMES NOW **Elizabeth M. Callahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Elizabeth Ann Kingsley-Young** who was sentenced for Mail Fraud on December 7, 2001, by the Honorable Richard H. Kyle, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No new credit; financial disclosure; and no employment with fiduciary responsibilities.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION #2: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

SPECIAL CONDITION #3: The defendant shall provide the probation officer access to any requested financial information.

Throughout the course of supervision, Ms. Kingsley-Young has been required to enumerate all income and attach bank statements with the submission of her monthly report form. On January 12, 2007, the probation officer obtained documentation of a previously undisclosed bank account for Empowering Resources, Incorporated (ERI) for which Ms. Kingsley-Young has sole signatory authority. Bank statements indicate a total of $51,517.72 has been deposited into that account during the period from July 12, 2006, to December 11, 2006. During that same period, Ms. Kingsley-Young identified herself as disabled, with an average monthly income of less than $1,500.

SPECIAL CONDITION #4: The defendant shall not hold employment with fiduciary responsibilities without the prior approval of the probation officer.

On January 12, 2007, the probation officer obtained a copy of a service agreement between Joan Oliveira (client) and ERI (service provider) with Liz Kingsley acting as chief operations officer for ERI. This document, dated June 14, 2006, notes that ERI will act as the investors' account manager in a project intent to drill for gas or oil within a parcel of 1,792 acres. It further notes that ERI and associates will deposit all funds into a trust account which will be managed by ERI.

On January 12, 2007, the probation officer obtained documents which identify Elizabeth Kingsley-Young as an owner/signer on two separate bank accounts associated with DW Investment Group. Additional

SCANNED
JAN 18 2007
U.S. DISTRICT COURT ST. PAUL

documents prepared by DW Investment Group identify the defendant as the chief operations officer for that entity.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 17th day of January, 2007, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Elizabeth M. Callahan
U.S. Probation Officer

Executed on January 16, 2007
Place Minneapolis