# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

ELIZABETH ANN KINGSLEY-YOUNG,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 01-222 RHK

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that ANDREA K. GEORGE shall appear as appointed counsel of record for the above named defendant in this case.

Dated: February 2, 2007

*s/ Andrea K. George*
ANDREA K. GEORGE
Attorney ID No. 202125
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415