**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE:Susan Richard Nelson |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 01-222 RHK/JGL |
| | ) | Date: 02/02/07 |
| Elizabeth Ann Kingsley-Young, | ) | Court Reporter: none |
| | ) | Tape Number: 55/3461-3866 |
| Defendant. | ) | Time Commenced: 11:00 a.m. |
| | | Time Concluded: 11:10 a.m. |
| | | Time in Court: 10 Minutes |

APPEARANCES:

Plaintiff: Lisa Kirkpatrick, Assistant U.S. Attorney
Defendant: Andrew Mohring,
√ To be appointed

Interpreter: ____none______________ Language:___English_____________

Date Charges Filed: 01/17/07 Offense: Violation of Supervised Release

√ Waived Reading of Charges √ Advised of Rights
on Violation of √ Supervised Release

Additional Information:
Defendant released on same conditions as previously imposed. Counsel to contact Judge Kyle's chambers for a final revocation hearing date.

s/AR
Criminal Duty Clerk