AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

v.

Case Number: CR 01-222 RHK/JGL

Elizabeth Ann Kingsley-Young

RECEIVED
FEB 02 2007
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

2007 JAN 19 A 10:05

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E**
**300 South 4th Street**
**Minneapolis, MN**

Before: **Honorable Magistrate Judge Susan R. Nelson**

On: **Thursday, February 1, 2007 at 11:00 AM**

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release

Gina Olsen, Deputy Clerk

Dated: January 18, 2007

SCANNED
FEB 2007
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] NANCY SCHMIDT Date: 1/29/07

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: USMS office - Mpls MN

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________________

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 1/29/07
Date

AL GARBER
Name of United States Marshal

N Schmidt
~~(by) Deputy United States Marshal~~

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure