**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

vs. Cr. 01-222 RHK

Elizabeth Ann Kingsley-Young,

Defendant.

**NOTICE OF REVOCATION/SENTENCING**

A REVOCATION/SENTENCING HEARING is scheduled for April 11, 2007, at 9:30 AM, before Judge Richard H. Kyle, in Courtroom #1. 180 East Fifth Street, St. Paul.

April 3, 2007

RICHARD H. KYLE
U.S. District Court Judge

s/Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel