UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

Cr. 01-222 RHK
ORDER

Elizabeth Ann Kingsley-Young,

Defendant

---------------------------------------------------------------------------

Defendant's Supervised Release is revoked.

The Court re-imposes a 1 year term of Supervised Release with the same terms and condition as previously ordered. Court imposes the additional condition:

1. Defendant shall provide the probation officer access to the defendant's computer..

Dated: April 12, 2007

s/ Richard H. Kyle
Judge Richard H. Kyle
U.S. District Court