**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Elizabeth Kingsley-Young,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Richard Kyle
U.S. Judge

Case No: Cr. 01-222 RHK
Date: April 12, 2007
Court Reporter: Carla Bebault
Tape Number:
Time Commenced: 9:00
Time Concluded: 9:15
Time in Court: Hours & 15 Minutes

## APPEARANCES:

Plaintiff: Michael Cheeverr, Assistant U.S. Attorney
Defendant: Andrea George 9 FPD 9 CJA 9 Retained 9 To be appointed

Interpreter / Language: /

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**

Deft admits violation - court revokes defendant's supervised release and reimposes 1 year of supervised release - and modifies conditions of supervised release.

s/Deborah Siebrecht
Calendar Clerk